IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| KIAWAH ISLAND UTILITY, INC., <br><br> **Plaintiff,** <br><br> v. <br><br> WESTPORT INSURANCE CORPORATION; SWISS RE INTERNATIONAL SE; LLOYD'S SYNDICATE 1882 CHB; AND MEARS GROUP, INC., <br><br> **Defendants.** | Civil Action No. 2:19-cv-01359-DCN |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kiawah Island Utility, Inc., Defendant Mears Group, Inc. and Defendant Westport Insurance Corporation hereby stipulate to the dismissal of the captioned action and all claims asserted or that could have been asserted therein, with prejudice, with each party bearing its own respective costs, attorneys' fees, or expenses of any nature.

Respectfully submitted,

By: *s/ Brian C. Duffy*
Brian C. Duffy (Fed ID No. 9491)
Blake A. McKie (Fed ID No. 10887)
DUFFY & YOUNG, LLC
96 Broad Street
Charleston, SC  29401
Telephone:  (843) 720-2044
Facsimile:  (843) 720-2047
bduffy@duffyandyoung.com
bmckie@duffyandyoung.com

Joseph L. Luciana, III (*Pro Hac Vice*)
Carl J. Spindler (*Pro Hac Vice*)

>DINGESS, FOSTER, LUCIANA,
>DAVIDSON & CHLEBOSKI, LLP
>20 Stanwix Street, 3rd Floor
>Pittsburgh, PA  15222
>Telephone:  (412) 926-1812
>Facsimile:  (412) 926-1801
>jluciana@dfllegal.com
>cspindler@dfllegal.com
>
>*Attorneys for Plaintiff, Kiawah Island Utility, Inc.*

By: *s*/Susan Taylor Wall
>Susan Taylor Wall
>Fed. ID No. 4502
>Email: swall@grsm.com
>GORDON & REES LLP
>40 Calhoun Street, Suite 350
>Charleston, SC 29401
>Telephone: (843) 714-2506
>
>William Garrett Zieden-Weber (*Pro Hac Vice*)
>FL Bar No.: 0938040*
>ZELLE LLP
>45 Broadway, Suite 720
>New York, NY 10006
>Telephone: (646) 876-4414
>
>*Attorneys for Defendant Westport Insurance Corporation*

By: *s*/Patrick C. Wooten
>G. Mark Phillips
>Federal Bar No. 3051
>E-Mail: mark.phillips@nelsonmullins.com
>Patrick C. Wooten
>Federal Bar No. 10399
>E-Mail: patrick.wooten@nelsonmullins.com
>151 Meeting Street / Sixth Floor
>Post Office Box 1806 (29402-1806)
>Charleston, SC 29401-2239
>(843) 853-5200
>
>Richard A. Schwartz (*Pro Hac Vice*)
>Federal Bar No. 5344
>E-Mail: dschwartz@munsch.com
>700 Milam Street, Suite 2700

Houston, Texas 77002
Telephone: 713-222-4076

*Attorneys for Defendant Mears Group, Inc.*

Charleston, South Carolina
April 9, 2020

SO ORDERED:

_____
Hon. David C. Norton
United States District Court Judge

3